**PECHMAN LAW GROUP PLLC**
LABOR & EMPLOYMENT ATTORNEYS

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 09/03/26

August 17, 2026

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: *Alcalde Otiniano v. Shokrian, et al.*, Case No. 1:26-cv-02622 (JAV)(BCM)
Request to Stay Case Pending Outcome of September 16 Mediation

Dear Judge Vargas:

We represent Plaintiff Emma Alcalde Ontiniano in the above-referenced matter. In an effort to preserve the resources of both Parties and the Court, Plaintiff requests a stay in this case pending the outcome of the Parties' forthcoming September 16 mediation. This is Plaintiff's first request to stay the case. The Parties have met and conferred, however, counsel for Defendants does not have his clients' consent and indicated that he would "prefer to resolve the pleading issues addressed in the motion earlier than requested."

Good cause exists for this request as the Parties have scheduled a mediation for September 16, one day after Defendants' reply is currently due. Plaintiff proposes a September 25 deadline to either amend the complaint or oppose Defendants' motion to dismiss.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Miguel Tapia Colin

cc: All Counsel of Record via ECF

Application GRANTED to the extent that Plaintiff's deadline to file her opposition to defendants' motion to dismiss (Dkt. 17) or, alternatively, to file an amended complaint, is EXTENDED to **September 30, 2026**.
SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 3, 2026**