**PECHMAN LAW GROUP PLLC**
LABOR & EMPLOYMENT ATTORNEYS

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 09/29/26

September 29, 2026

**VIA ECF**

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007

MEMO ENDORSED

Re: *Alcalde Otiniano v. Shokrian, et al.*, Case No. 1:26-cv-02622 (JAV)(BCM)
Second Request to Stay Case Pending Outcome of October 21 Mediation

Dear Judge Moses:

We represent Plaintiff Emma Alcalde Ontiniano in the above-referenced matter. The current deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss or file an Amended Complaint is September 30, 2026. In an effort to preserve the resources of both Parties and the Court, Plaintiff requests a one month stay in this case, pending the outcome of the Parties' rescheduled mediation for October 21, 2026. This is Plaintiff's second request and good cause exists for the stay. Moreover, Defendants consent to this request and the request will not affect other deadlines or prejudice any of the Parties.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Miguel Tapia Colin

cc: All Counsel of Record via ECF

Application GRANTED to the extent that Plaintiff's deadline to file her opposition to defendants' motion to dismiss (Dkt. 17), or, alternatively, to file an amended complaint, is EXTENDED to **October 30, 2026**. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 29, 2026**