USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 09/29/26

CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

September 28, 2026

**BY ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

***Re:*** ***Alcalde Otiniano v. Shokrian, et. al.***
***Case No. 26 Civ. 2622 (JAV)(BMC)***

Dear Judge Moses,

We are counsel to the defendants in the above-referenced matter. An initial conference is scheduled before Your Honor on October 15, 2026 at 10:00 a.m. Pursuant to the court's individual practices, Sec. 2(a), this constitutes defendants' request that the conference be adjourned.

- There have been no prior similar requests or adjournments
- The reason for the request is the undersigned will be out of state for a personal matter
- Defense counsel consents and no other dates or deadlines will be affected.

Counsel conferred, and respectfully suggest the following alternate dates: November 9, 19, 20. We thank the Court for considering this case.

Respectfully submitted,
*Peter Hans Cooper*

Peter H. Cooper

cc: Defense Counsel (Via ECF)

Application GRANTED. The initial case management conference currently scheduled for October 15, 2026 is ADJOURNED to **November 9, 2026** at **11:00 a.m.** The parties' Pre-Conference Statement is due no later than **November 2, 2026.** All other provisions of the Order Scheduling Initial Case Management Conference (Dkt. 21) remain in effect. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 29, 2026**